IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Virginia Reed Robinson, | ) | C/A No.: 1:10-2847-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER RELIEVING COUNSEL |
| Fred Store Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the court upon Defendant's Motion [Entry #58] requesting that Ashley Ekberg Manning be relieved as pro hac vice counsel for Defendant Fred's Stores of Tennessee.[1] Attorney Manning has left the law firm of Gaines Wolter and Kinney and no longer represents Defendant. The court grants the motion. All remaining defense counsel will continuing representing Defendant.

The clerk is instructed to remove Ashley Ekberg Manning as counsel of record for Defendant in these proceedings.

IT IS SO ORDERED.

April 9, 2012                                                                Shiva V. Hodges
Columbia, South Carolina                                          United States Magistrate Judge

---

[1] According to counsel for Defendant, the correct name for Defendant is Fred's Stores of Tennessee.